# Second Amended Exhibit B

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Ricke, Larry & Mary E. | 1:17-cv-01508 | HAMMERS LAW FIRM, LLC. |
| Wilson, William L. | 1:17-cv-04004 | BERTRAM & GRAF, L.L.C. |
| Lambert, Sammie | 1:19-cv-02561 | JOHNSON LAW GROUP |
| Moore, Laurence | 1:24-cv-02264 | BEN MARTIN LAW GROUP |